B 27 (Official Form 27) (12/13)

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 6 2017
JEFFREY P. ALLSTEADT, CLERK
_____
DEPUTY CLERK

In re JEFFERY GREY JILLIAN GREY,
        Debtor

Case No. 16-82761
Chapter 7

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1. Creditor's Name: PEOPLES CREDIT INC.

2. Amount of the debt subject to this reaffirmation agreement:
   $ 6,867.71    on the date of bankruptcy    $ 6,867.71    to be paid under reaffirmation agreement

3. Annual percentage rate of interest: 22.23 % prior to bankruptcy
   22.23 % under reaffirmation agreement ( ✓ Fixed Rate ___ Adjustable Rate)

4. Repayment terms (if fixed rate): $ 294.13 per month for 28 months

5. Collateral, if any, securing the debt: Current market value: $ 5,000.00
   Description: 2007 CHRYSLER TOWN & COUNTRY   VIN: 2A4GP54L17R274345

6. Does the creditor assert that the debt is nondischargeable? ___ Yes ✓ No
(If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

| Debtor's Schedule I and J Entries | Debtor's Income and Expenses as Stated on Reaffirmation Agreement |
|---|---|
| 7A. Total monthly income from Schedule I, line 12    $ 3,392 | 7B. Monthly income from all sources after payroll deductions    $ 3,392 |
| 8A. Total monthly expenses from Schedule J, line 22    $ 3,392 | 8B. Monthly expenses    $ 3,392 |
| 9A. Total monthly payments on reaffirmed debts not listed on Schedule J    $ 0 | 9B. Total monthly payments on reaffirmed debts not included in monthly expenses    $ 0 |
| | 10B. Net monthly income    $ 0  (Subtract sum of lines 8B and 9B from line 7B. If total is less than zero, put the number in brackets.) |

B27 (Official Form 27) (12/13)   Page 2

11. Explain with specificity any difference between the income amounts (7A and 7B):

12. Explain with specificity any difference between the expense amounts (8A and 8B):

If line 11 or 12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____   _____
Signature of Debtor (only required if   Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)   required if line 11 or 12 is completed)

**Other Information**

☐ Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt:

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
   X Yes   ___ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
   X Yes   ___ No

### FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

_____
Print/Type Name & Signer's Relation to Case

MAR-02-2017 12:22   From:18475206022   DAVID M. SIEGEL & ASSOCIATES   Page:4/7

FEB-24-2017 12:27 From:   To:918475206022   Page:4/21

B240A (Form B240A) (04/10)

Check one.
☐ Presumption of Undue Hardship
☑ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.*

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re JEFFERY & JILLIAN GREY,
*Debtor*

Case No. 16-82671

Chapter 7

## REAFFIRMATION DOCUMENTS

Name of Creditor: PEOPLES CREDIT INC.

☐ Check this box if Creditor is a Credit Union

### PART I. REAFFIRMATION AGREEMENT

Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation Agreement, you must review the important disclosures, instructions, and definitions found in Part V of this form.

A. Brief description of the original agreement being reaffirmed: AUTO LOAN
   *For example, auto loan*

B. *AMOUNT REAFFIRMED:*   $ 6,867.71

   The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include unpaid principal, interest, and fees and costs (if any) arising on or before 11/28/2016, which is the date of the Disclosure Statement portion of this form (Part V).

   *See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is 22.2990 %.

   *See definition of "Annual Percentage Rate" in Part V, Section C below.*

   This is a *(check one)* ☑ Fixed rate   ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate disclosed here.

B240A, Reaffirmation Documents                                              Page 2

D. **Reaffirmation Agreement Repayment Terms** *(check and complete one)*:

☑ $ 294.13 per month for 28 months starting on 12/05/2016.

☐ Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.
NA

E. Describe the collateral, if any, securing the debt:

Description:           2007 CHRYSLER TOWN & COUNTRY
Current Market Value   $           5,000.00

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?

☑ Yes. What was the purchase price for the collateral?    $     7,826.95

☐ No. What was the amount of the original loan?           $

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 6,867.71 | $ 6,867.71 |
| Annual Percentage Rate | 22.2290 % | 22.2290 % |
| Monthly Payment | $ 294.13 | $ 294.13 |

H. ☐ Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:
NA

## PART II.  DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.  ☒ Yes    ☐ No

B. Is the creditor a credit union?

Check one.  ☐ Yes    ☒ No

MAR-02-2017 12:23   From:18475206022        DAVID M. SIEGEL & ASSOCIATES        Page:6/7

FEB-24-2017 12:27 From:                                To:918475206022        Page:6/21

B240A. Reaffirmation Documents                                                  Page 3

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

   1. Your present monthly income and expenses are:

      a. Monthly income from all sources after payroll deductions
      (take-home pay plus any other income)   $3,392

      b. Monthly expenses (including all reaffirmed debts except
      this one)   $3,097

      c. Amount available to pay this reaffirmed debt (subtract b. from a.)   $295.00

      d. Amount of monthly payment required for this reaffirmed debt   $296.00

*If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No Presumption of Undue Hardship."*

   2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your dependents because:

   Check one of the two statements below, if applicable:

      ☒ You can afford to make the payments on the reaffirmed debt because your monthly income is greater than your monthly expenses even after you include in your expenses the monthly payments on all debts you are reaffirming, including this one.

      ☐ You can afford to make the payments on the reaffirmed debt even though your monthly income is less than your monthly expenses after you include in your expenses the monthly payments on all debts you are reaffirming, including this one, because:

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following statement, if applicable:

      ☐ You believe this Reaffirmation Agreement is in your financial interest and you can afford to make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

MAR-02-2017 12:24  From:18475206022        DAVID M. SIEGEL & ASSOCIATES            Page:7/7

FEB-24-2017 12:27 From:                              To:918475206022           Page:7/21

B240A, Reaffirmation Documents                                                      Page 4

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

(1) I agree to reaffirm the debt described above.

(2) Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

(3) The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

(4) I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

(5) I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 2/21/17    Signature _____ Debtor
Date 2/21/17    Signature _____ Joint Debtor, if any

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor  PEOPLES CREDIT INC.          505 W. ROUTE 34 POB 241 PLANO, IL 60545
          *Print Name*                              *Address*

          GEORGE BOLEK                                                12/07/2016
          *Print Name of Representative*            *Signature*             *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☐ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 3/2/17  Signature of Debtor's Attorney _____
             Print Name of Debtor's Attorney  BENJAMIN ROS  DAVID M. SIEGEL & ASSOCIATES

MAR-02-2017 12:21   From:18475206022        DAVID M. SIEGEL & ASSOCIATES        Page:1/7

# DAVID M. SIEGEL & ASSOCIATES, L.L.C.
## ATTORNEYS AT LAW

790 Chaddick Drive
Wheeling, IL 60090
Tel: (847) 520-8100
Fax: (847) 520-6022

Other Locations:
Chicago Loop
Chicago South
Waukegan
Joliet
Aurora
Westchester

David M. Siegel
John J. Ellmann
Christine H. Clar
Michael J. Cooper
Michael R. Colter, II
Dustin B. Allen
Benjamin D. Rios
Steven J. Gaerke
Jeffrey M. Morris
Jason S. Cotey

## FAX TRANSMITTAL SHEET

**Date:** March 2, 2017

**To:** People's Credit, Inc.
REAFFIRMATION OR BANKRUPTCY DEPARTMENT**

**Please File as Soon as Possible. Deadline is quickly approaching.

**Fax Number:** (630) 552-7938

**Re:** Jeffery & Jillian Grey, Chapter 7 Bankruptcy Case No. 16-82761

**From:**  ___ David M. Siegel         x  Benjamin D. Rios         _____
           Attorney at Law              Attorney at Law              Support Staff

IMPORTANT - THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT READING, DISSEMINATING, DISTRIBUTING OR COPYING THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE, THANK YOU.

_7_ Total Pages (including this transmittal sheet)